Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of __D. C.__

_____ Division

Annabelle Stellantis Grace

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

① Federal Bureau of Prisons
② Transgender Executive Counsel
③ Transgender Clinical Care Team
④ Woman and special Populations Branch
⑤ Medical Director & Health Services Division
⑥ Ian Conners     _Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:22-cv-02518
Assigned To : Unassigned
Assign. Date : 8/19/2022
Description: TRO/PI (D-DECK)

RECEIVED
Mail Room

AUG 1 9 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Annabelle Stellantis Grace

All other names by which you have been known: Jason South

ID Number: 57903-019

Current Institution: Carswell FMC

Address: P.O. Box 27137

Fort Worth    TX.    76127
   *City*    *State*    *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: Federal Bureau of Prisons

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 320 First st., N.W., Room 554

Washington    D.C.    20534
   *City*    *State*    *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name: Transgender Executive Counsel (TEC)

Job or Title *(if known)*:

Shield Number:

Employer: Federal Bureau of Prisons

Address: 320 First st., NW.

Washington    D.C.    20534
   *City*    *State*    *Zip Code*

☒ Individual capacity    ☒ Official capacity

Continued Defendants:

Defendant No. 5

Medical Director and the
Health Services Division
employer: Federal Bureau of Prisons
320 First street,, N.W,
Washington, D.C, 20534
Individual & official capacity

Defendant No. 6

Ian Conners
FBop central office Admin, remedy coordinator
employer: Federal Bureau of Prisons
320 First street,, N.W.
Washington, D.C, 20534
Individual & official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                        Transgender Clinical Care Team (TCCT)

Job or Title *(if known)*

Shield Number

Employer                    Federal Bureau of Prisons

Address                     320 First Street, NW

Washington          DC        20534
          *City*          *State*        *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name                        Woman and Special Populations Branch (WASPB)

Job or Title *(if known)*

Shield Number

Employer                    Federal Bureau of Prisons

Address                     320 First Street

Washington          D.C.      20534
          *City*          *State*        *Zip Code*

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel & unusual punishment 8th Amendment, 5th Amendment, denial of TEC FOIA request, ACA-Affordable care Act, Rehabilitation act, Equal protection & Due process, Administrative procedure Act, ADA-Americans with disabilities Act, Deliberate indifference to medical care, Title IV, VI, constitutional rights

FBoP transacts business in and out of D.C. through postal mail, Fedex, UPS, telephone lines/towers to entire USA

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? /Eighth Amendment, 5th Amendment gender discrimination, denial of TEC FOIA request, ACA-Affordable care Act, Rehabilitation Act, Equal protection & due process, Administrative procedure Act, ADA Americans with disabilities Act, Deliberate indifference to medical care, Title VI, IV Constitutional rights.

...and Fedex UPS, telephone lines/towers to entire USA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

each defendant violated FBOP Policy, WPATH standards of care & equal treatment as the community, Cruel & unusual punishment, state medical license regulations, D.C. Medical license regulations, ACA, ADA, Rehabilitation act,

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

December 2019 at Ft Dix, NJ, FCI I was denied gender confirmation surgery, and treatments. There after at Milan, MI. FCI 8-13-2020 to around 7-2021, and at Sheridan, OR. FCI from around 7-30-2021 to around 3-2022 I was denied surgery & treatments for my gender dysphoria disability, And now at Carswell FMC from 4-8-2022 to current date. I'm still denied the surgeries & treatments. Dr. Brown, my provider at Carswell FMC told me they don't do any surgeries & will not while I'm in custody, An above facilities & times I've been denied proper hormone therapy by inconsistant doses, methods & failure to moniter hormone levels to adjust doses, I've injured myself due to denial of medical care for gender dysphoria by attempting to remove penis & suicide attempts and TBI resulting two incidents of self harm, and from the April rape i. 2020 Facial fractures & ... at Danbury 9-25-19

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From around Nov. 2019 to today denied surgeries & treatments, Raped by male inmates on 9-25-19 at Danbury FCI, CT,, facial ~fractures. Raped in April 2020 at Fort Dix FCI, NJ.

~~Denied facial reconstruction from 9-25-19 assault since.~~
on 8-5-2022 Plaintiff attempted suicide & to remove her penis.

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I've requested proper hormone therapy & gender surgeries to the TEC, WASPB, TCCT, Health services, since around Nov. 19, 2019 & denied.

I've requested facial reconstruction & only have been to repeated consultations with plastic surgeons since 9-25-19, FBOP failed to take me back to hospital to re-set my facial bones after 1 week & 2 weeks per surgeons order, I have a recessed left eye orbital, pain & clicking in jaw, sinus damage & pain with constant drainage. Life long neuropathy over 2/3 of my face. Denial of gender confirmation surgeries & treatments caused multiple suicide & self castration attempts with most recently on 8-5-2022. Staff at Carswell refer to plaintiff as HE/HIM, even after corrected.

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Multiple sexual assaults w/physical & psych. harm to me, constant mis-management of hormone therapy since Nov. 2019, at Danbury, Milan MI. Fort Dix NJ., and Sheridan Or., now a Carswell FMC which is the worst because I've been on pills – then Estradiol Injections – then Estradiol transdermal patches all within a 4 month period which lowers & raises hormone levels drasticly effect Hormone therapy results & effects desired to be physically achieved & serious psychological consequences resulting in self-harm and suicide ideation and attempts, I've battled with both self-harm & suicide attempts & thoughts, I'm currently being held in the SHU because my testosterone was low and the Dr. Brown lied & said I can get an erection. I'm being denied gender confirmation treatment due to constant deliberate indifference.

Denial of gender confirmation surgeries & treatments caused me great psychological harm, self-harm, suicide attempts. Many Sexual assaults caused me great psychological harm, self harm & suicide attempts & life long PTSD psychological harm. facial fractures, sexual assault PTSD.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Immeadiate release from SHU back to General Population, or transfer me to Aliceville AL., or Tallahassee Fl. facilities, end illegal detention in SHU for speculations only. Agree to continue to house me in a female facility while in FBOP custody & never to <u>be</u> sent back to <u>male facility</u>, which they threaten with, daily. To receive proper hormone therapy. Facial reconstruction & feminization together for Danbury assault injuries, per plastic surgeon's recomendation.

Transfer to <u>ANY</u> other FEMALE facility.

<u>Gender Confirmation Surgeries</u> & treatments including but not limited to; voice modification, female feminization, Breast Augmentation & nipple realignment, genital surgeries, female facial feminization. Medically consistant hormone therapy to properly treat my gender dysphoria, consistant with community standards.

"RESOLVE" PTSD sexual trauma treatment while in FBOP & soon.

Actual Damages $50,000, punitive damages $200,000 to pay for surgeries & life long therapy, psychological harm.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCI Fort Dix, NJ. , FCI Milan, MI. , FCI Sheridan, OR. , Carswell FMC, TX

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All.

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

FCI Fort Dix NJ., FCI Milan MI., FCI Sheridan OR., EEO

2.   What did you claim in your grievance? FBOP denial of medical care for gender dysphoria disability. Multiple sexual assaults in FBOP mens facilities. surgery for facial fractures from assault, multiple rapes, failure to transfer to female facility,

3.   What was the result, if any? was finally transfered to a female facility. Denials of all others.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

grievances compleated, BP8, BP9, BP10, BP11, EEO.
(EEO final step enclosed)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ N/A _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_Please see enclosed final complaint w/EEO._
_____
*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  Jason South /Annabelle Stellantis Grace

Defendant(s)  Dr. Scurea, FBOP

2.    Court *(if federal court, name the district; if state court, name the county and State)*

U.S. District Court of NJ.

3.    Docket or index number

No, 20-9045 (RBK) (MJS)

4.    Name of Judge assigned to your case

Hon. Robert B. Kugler

5.    Approximate date of filing lawsuit

1st Amend. Oct. 26, 2021 / original date July 17th 2020

6.    Is the case still pending?

☐ Yes    unsure? we are settling w/FBOP.

☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)   Jason South

    Defendant(s)   FBoP et al

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    U.S. District Court of CT.

3.  Docket or index number

    No, 3:19-cv-1763

4.  Name of Judge assigned to your case

    Hon. Vanessa L. Bryant

5.  Approximate date of filing lawsuit

    ~~Jenuary 9th 2020~~  Oct. 19, 2019

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition    June 9th 2020

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Dismissed for failure to exhaust Administrative remedies,

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8-9-2022

Signature of Plaintiff        _Anna S. Grace_

Printed Name of Plaintiff     Annabelle Stellantis Grace

Prison Identification #       57903-019

Prison Address               Carswell FMC, Po Box 27137
                             Fort Worth                TX    76127
                                   *City*              *State*   *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                   *City*              *State*   *Zip Code*

Telephone Number

E-mail Address